JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT T. BRANDT, an individual, | Case No.: CV13-4452-AB-E |
| Plaintiff, | Assigned to: Hon. André Birotte, Jr. |
| v. | |
| AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, CHARTIS SPECIALTY INSURANCE COMPANY, BCS INSURANCE COMPANY, ZURICH AMERICAN INSURANCE COMPANY, and DOES 1-50, Inclusive, | **JUDGMENT** |
| Defendants. | |

The Court hereby enters final judgment in this action in favor of Defendant AIG Specialty Insurance Company ("AIG Specialty") and against Plaintiff Scott T. Brandt for the reasons stated in this Court's Order Granting Defendant's Summary Judgment Motion, entered November 2, 2015.  (Dkt. No. 157.)

**IT IS ORDERED AND ADJUDGED** that the action be dismissed.

**IT IS SO ORDERED.**

DATED: November 18, 2015

_____
HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT COURT JUDGE